**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7686**

---

In Re: LEROY RAGIN,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-99-367-3-1-MU)

---

Submitted: June 8, 2001          Decided: June 28, 2001

---

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Leroy Ragin, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

On April 30, 2001, the Court issued an order directing the Government to respond within 30 days to Leroy Ragin's petition for a writ of mandamus based on delay in the United States District Court for the Western District of North Carolina on Ragin's request for relief under 28 U.S.C. § 2241 (1994), or, alternatively, 28 U.S.C.A. § 2255 (West Supp. 2000). Although the Government did not timely respond, the district court's docket sheet reflects that the district court issued an order denying relief in Ragin's action on May 1, 2001. Because Ragin has received the relief requested in this Court, i.e., a ruling by the district court, we deny his petition as moot.

PETITION DENIED